FILED
 2008 Nov-21  AM 09:31
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JIMMY LAVONNE LESHORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action No. CV 08-S-1213-S** |
| ) | |
| **TROY KING,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This action is before the court upon Magistrate Judge John Ott's report and recommendation that this action be dismissed without prejudice due to this court's lack of jurisdiction over plaintiff's petition for writ of habeas corpus.[1]  Plaintiff did not file an objection to Judge Ott's report and recommendation, and the time for submitting objections has passed.  After careful consideration of the magistrate judge's analysis of the material facts and legal issues, the court ADOPTS the findings of the magistrate judge, and ACCEPTS his recommendations.  It is, therefore, ORDERED this action is hereby DISMISSED without prejudice.

---

[1] *See* doc. no. 6.

DONE and ORDERED this 21st day of November, 2008.

                                          _____
                                          United States District Judge